Case No. 25-11370



# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

Conghua Yan,
*Plaintiff - Appellant*

v.

William A. Pigg, in Individual Capacity, as Member of the State of Texas,
*Defendant - Appellee*

On Appeal from the United States District Court for the
Northern District of Texas, Fort Worth Division
Civil Action No. 4:23-CV-00758-P, The Hon. Mark T Pittman, Presiding

## APPELLANT'S MOTION TO FILE OPENING BRIEF UNDER SEAL

Respectfully submitted:

Conghua Yan
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092
214-228-1886
arnold200@gmail.com
Pro Se Litigant

Pursuant to Fed. R. Civ. P. 5.2(e) and Fifth Circuit Local Rule 25.2.13, Appellant Conghua Yan respectfully moves for leave to file his Opening Brief under seal, with a redacted version available on the public docket.

## BACKGROUND

This is an interlocutory appeal from the district court's December 12, 2025 order denying Appellant's emergency motion to seal/redact filings containing sensitive information about a non-party minor child. This appeal concerns whether the district court properly denied Appellant's motion to protect that sensitive information from public dissemination. The Opening Brief necessarily references this information to explain the privacy interests at stake.

## GOOD CAUSE EXISTS FOR SEALING

1) **Filing unredacted would moot the appeal:** This appeal challenges the district court's refusal to protect a non-party minor's sensitive information from public dissemination. If Appellant is required to file an unredacted Opening Brief on the public docket, the very harm this appeal seeks to remedy—permanent public exposure of the minor's intimate information—would occur through the appellate record itself, rendering the appeal moot before this Court can rule on the merits.

2) **Non-party minor privacy**: The brief discusses sensitive personal information about a non-party minor child that appeared in district court filings. Courts routinely protect non-party minor information through sealed filings. See *June Med. Servs., L.L.C. v. Phillips*, No. 21-30001, 2022 WL 6727320, at *1 (5th Cir. Oct. 11, 2022) (per curiam).

3) **Narrow tailoring**: Appellant will file (a) an unredacted version under seal for the Court's use, and (b) a redacted public version that protects the minor's information while preserving full public access to all legal arguments.

4) **Rule 5.2(e) authority**: Fed. R. Civ. P. 5.2(e) authorizes courts, for good cause, to "require redaction of additional information" and to "limit or prohibit a nonparty's remote electronic access."

5) **Irreparable harm**: The minor is not a party and cannot protect their own privacy interests. Further public dissemination would cause irreparable harm.

6) **Preservation of transparency**: The redacted version contains all legal arguments, citations, and facts necessary for public evaluation. Only specific references to the non-party minor's personal information will be redacted.

CONTEMPORANEOUS FILING

Contemporaneously with this motion, Appellant conditionally files an unredacted Opening Brief under seal, and a proposed redacted Opening Brief for the public docket.

Appellant requests that if this motion is granted, the Court direct the Clerk to maintain the unredacted version under seal and place the redacted version on the public docket. If this motion is denied, Appellant requests leave to file a single version that complies with the Court's ruling.

### RELIEF REQUESTED

1) Grant leave to file the Opening Brief under seal;
2) Direct the Clerk to maintain the unredacted version under seal for the Court's use; and
3) Direct the Clerk to place the redacted version on the public docket.

Respectfully submitted,

*/s/ Conghua Yan*
Conghua Yan
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092
214-228-1886
arnold200@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served in a manner in compliance with Rule 25(b) and (c) of the Fed. R. App. P., on February 5, 2026, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

*/s/ Conghua Yan*
Conghua Yan

## CERTIFICATE OF CONFERENCE

This motion seeks appellate relief on the same sealing issue that was contested and denied in the district court. Appellee William A. Pigg opposed Appellant's emergency motion to seal in the district court. Given that this appeal challenges the district court's denial of that contested motion, further conference is unnecessary. Appellee's position is a matter of record.

Dated: February 5, 2026
*/s/ Conghua Yan*
Conghua Yan
